# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. FRANK BARRETTA                                Docket No. 3:03CR00198(RNC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

   **COMES NOW** Deborah Palmieri, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Frank Barretta, who was sentenced to time served for a violation of 21 U.S.C. § 841(a)(1), Possession With Intent to Distribute Heroin, by the Honorable Robert N. Chatigny, Chief United States District Judge, sitting in the Court at Hartford, Connecticut on January 28, 2005, who fixed the period of supervised release at five (5) years, which commenced on January 28, 2005 and imposed the general terms and conditions theretofore adopted by the court, and also imposed special conditions and terms as follows: 1) The defendant will participate in a program of substance abuse monitoring, counseling, and treatment under the direction of the Probation Office; 2) The defendant will participate in a program of mental health evaluation counseling and treatment under the direction of the Probation Office, the defendant will pay all or a portion of the cost associated with his participation in these programs based on his ability to pay in an amount to be determined by the Probation Officer. The offender is scheduled to complete supervised release on January 27, 2010.

   **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of supervised release:

**Charge No. 1 - Condition Violated**
Mandatory Condition: "You shall refrain from unlawful use of a controlled substance and submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter as directed by the probation officer."

The offender has tested positive for opiates ten times between May 2006 and February 2007. Mr. Barretta also admitted that he used heroin on February 17 and March 6, 2007.

   **PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Frank Barretta to appear before this court at Hartford, Connecticut on _April 2, 2007_ at _2:00pm_ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _16TH_ day of _MARCH_, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Robert N. Chatigny
Chief United States District Judge

Sworn to By
_Deborah S. Palmieri_
Deborah S. Palmieri
Senior United States Probation Officer

Place _Hartford, CT_
Date _March 16, 2007_

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this _16TH_ day of March 2007 at Hartford, Connecticut, Senior U.S. Probation Officer Deborah S. Palmieri appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
Honorable Robert N. Chatigny
Chief United States District Judge

JPM