# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

FRANCIS R. BARRETTA

APPEARANCE

CASE NO.:   3:03CR198(RNC)

*To the Clerk of this Court and all parties of record:*

   *Enter my Appearance as counsel in this case for:*

**FRANCIS R. BARRETTA**

Date: 4-10-07

_____
Signature

Bar No.: ct22981

Deirdre A. Murray
Print Name

FEDERAL DEFENDER OFFICE
Firm Name

10 Columbus BLVD, FL 6
Address

Hartford,        CT        06106-1976
City             State     Zip Code

(860) 493 6260
Phone Number

*I hereby certify that a copy of the foregoing has been mailed to: Peter Markle, Assistant United States Attorney, 157 Church Street, 23rd Fl., New Haven, CT 06510, on this 10th day of April, 2007.*

_____
Signature