UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :
                              :
V.                            :   CASE NO. 3:03-CR-198(RNC)
                              :
FRANCIS R. BARRETTA           :

              ORDER MODIFYING SUPERVISED RELEASE
           TO INCLUDE A TERM OF HOME CONFINEMENT

     On January 28, 2005, this Court sentenced the defendant to a term of incarceration of time served, to be followed by a term of supervised release of five years, for possession with intent to distribute heroin in violation of 21 U.S.C. § 841(a)(1). Mandatory conditions of release set by the Court required, among other things, that the defendant refrain from use of a controlled substance and submit to drug testing on a periodic basis.

     On March 16, 2007, the defendant was ordered to show cause why his term of supervised release should not be revoked based on a petition filed by the probation office stating that he had violated the foregoing mandatory condition. On April 2, 2007, the defendant appeared with counsel for a hearing to determine if the supervised release term should be revoked.  At the hearing, the defendant admitted the violation.  Based on the entire record, the Court found that the defendant had violated the foregoing condition of his supervised release and ordered that the defendant's period of

supervised release be modified to include outpatient drug treatment.

The Probation Office subsequently reported that additional drug tests had revealed further use of controlled substances by the defendant. On October 5, 2007, the defendant appeared with counsel for a hearing and admitted that he had violated the condition prohibiting him from using controlled substances. The court found a violation and continued the case for a disposition.

On December 10, 2007 the defendant appeared with counsel for a further hearing. At the hearing, the defendant again admitted violating the condition prohibiting from using controlled substances. As a sanction for the defendant's repeated violation of this condition, the Court ordered that the conditions of his supervised release be modified to include a term of home confinement of 60 days, with electronic monitoring. As a further modification, the Court ordered that the defendant pay the balance of $554.00 owed to MAAS within 60 days.

Accordingly, the defendant's term of supervised release is hereby modified as follows: (1) the defendant will spend a term of 60 days on home confinement with electronic monitoring. The defendant will arrange for, and pay all costs of, the monitoring. The defendant will remain in his home at all times except for

approved absences for gainful employment, medical appointments, religious services, and other times specifically approved in advance by the Probation Office; and (2) the defendant will pay the balance of $554.00 owed to MAAS within 60 days.  The mandatory, standard and special conditions imposed in the original judgment remain in effect.  If the defendant does not violate any of these conditions, his term of supervised release will terminate at the end of the term of home confinement.

    So ordered.

    Dated at Hartford, Connecticut this 10th day of December 2007.

    ___/s/_____
        Robert N. Chatigny
    United States District Judge